EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: | 2015 TSPR 112 |
| Raúl E. Matos Alvarado | 193 DPR ____ |

Número del Caso: TS-2,429

Fecha: 12 de agosto de 2015

Abogado del peticionario:

Lcdo. Mario Collazo Colón

Materia: Reactivación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Raúl E. Matos Alvarado                TS-2429


RESOLUCIÓN

San Juan, Puerto Rico, a 12 de agosto de 2015

Atendida la *"Solicitud de Cambio a Estatus de Abogado Activo en el Registro de Abogados y Abogadas del Tribunal Supremo"*, se provee con lugar.

Sin embargo, toda vez que, según consignado en la solicitud presentada el 8 de mayo de 2013, el señor Matos Alvarado no ha ejercido como abogado desde al menos marzo de 2003, se condiciona dicho cambio a que nos acredite haber tomado un curso de reválida.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo